*In re* ASSESSMENT OF CANEY RIVER GAS CO.

No. 3105.   Opinion Filed April 8, 1913.

**FORMER DECISION CONTROLLING.** Report of referee confirmed and judgment ordered accordingly, upon the authority of **In re Assessment of Osage & Oklahoma Gas Co.**, ante, p. 154, 128 Pac. 692, and **In re Assessment of Oklahoma Natural Gas Co.**, ante, just handed down.

(Syllabus by the Court.)

*Appeal from State Board of Equalization.*

Report of Referee confirmed.

*Chas. West,* Atty. Gen., and *W. C. Reeves,* Asst. Atty. Gen., for the State.

KANE, J.   This is an appeal by the Caney River Gas Company from the action of the State Board of Equalization in assessing its property for taxation for the year 1911.

This cause in all respects is identical with *In re Assessment of Osage & Oklahoma Gas Co., ante,* p. 154, 128 Pac. 692, and *In re Assessment of Oklahoma Natural Gas Co., ante,* just handed down.   Upon the authority of those cases the report of the referee herein is confirmed and judgment entered accordingly.

HAYES, C. J., and DUNN and TURNER, JJ., concur; WILLIAMS, J., not participating.